**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 256 WAL 2018

       Respondent        :

       :    Petition for Allowance of Appeal from

       :    the Order of the Superior Court

       v.        :

       :

       :

MELISSA RENEE FERRINGER,        :

       :

       Petitioner        :

## ORDER

**PER CURIAM**

       **AND NOW**, this 3rd day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.